IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–02001–EWN–MEH

RUBEN L. MILLER,

    Plaintiff,

v.

MORGAN C. PLUMMER, and
MARK A. BOLEY,

    Defendants.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the court on the "Recommendation of United States Magistrate Judge" filed December 5, 2006. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED.

2. Defendants' Motion to Dismiss (#5) is GRANTED, and this case is DISMISSED without prejudice for lack of subject matter jurisdiction.

3. Defendant shall have their costs upon the proper filing of a bill of costs within eleven days of this order.

DATED this 9th day of January, 2007.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge